HJ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael C. Isaacs, ) | No. CV 07-08067-PCT-EHC |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Dora B. Schriro, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

Petitioner filed a Petition for Writ of Habeas Corpus (Dkt. 1) pursuant to 28 U.S.C. § 2254. Magistrate Judge Anderson issued a Report and Recommendation (Dkt. 10) recommending that the Court deny Petitioner's writ of habeas corpus. Petitioner has not filed any objections to the Report and Recommendation.

The Court reviews *de novo* only those portions of the Magistrate Judge's Report and Recommendation to which Petitioner has filed an objection. 28 U.S.C. § 636(b)(1)(C) ("a judge of the court shall make a de novo determination of those portions of the report, ..., to which objection is made."); see also United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). The district court is not required to review any issue that is not the subject of an objection. Schmidt v. Johnstone, 263 F. Supp. 2d 1219 (D. Ariz. 2003), citing Thomas v. Arn, 474 U.S. 140, 149 (1985). There being no objection by Petitioner, the Court will adopt the Report and Recommendation in full.

1     Accordingly,

2     **IT IS ORDERED** adopting in full the Magistrate Judge's Report and Recommendation (Dkt. 10).

4     **IT IS FURTHER ORDERED** that Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Dkt. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

6     DATED this 4th day of June, 2008.

*Earl H. Carroll* (signature)

Earl H. Carroll
United States District Judge